UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TARENCE KIRKLAND,<br><br>                              Plaintiff,<br><br>         -against-<br><br>WENDELL GRIFFIN; CAMILO ANTONINI,<br><br>                              Defendants. | 20-CV-9880 (LLS)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued March 9, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 9, 2021
            New York, New York

                                                            _Louis L. Stanton_
                                                              LOUIS L. STANTON
                                                                  U.S.D.J.